UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BERNARD HARVEY** | * | **CIVIL ACTION NO. 13-2403** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LASALLE CORRECTIONS, ET AL.** | * | **MAG. JUDGE HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 39], to the extent adopted,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 33] is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Defendants Correctional Officer Broadway and Laura Freeman, and the claims against them are DISMISSED WITHOUT PREJUDICE. The motion is DENIED as to Defendants LaSalle Management Company, LLC, and Jackson Parish Correctional Center, LLC, and the claims remain pending against these entities. The case is referred to the Magistrate Judge for further proceedings consistent with this Judgment.

MONROE, LOUISIANA, this 18th day of March, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE