UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BERNARD HARVEY** | **CIVIL ACTION NO. 13-2403** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LASALLE CORRECTIONS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 57], adopted by this Court and for those additional reasons set froth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 50] is GRANTED, and the claims remaining against Defendants LaSalle Management Company, LLC, and Jackson Parish Correctional Center, LLC, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion to amend his Complaint [Doc. No. 63] is DENIED.

MONROE, LOUISIANA, this 8th day of October, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE